917 A.2d 782

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
SEAN WASHINGTON, DEFENDANT–PETITIONER.

February 9, 2006.

Denied.

Chief Justice PORITZ and Justices LONG, LaVECCHIA, ZAZZALI, ALBIN, WALLACE, and RIVERA–SOTO join in the Court's Order. Justices LONG and ALBIN also note that in their view, the Court's does not preclude defendant from bringing a further petition for post-conviction relief in respect of witness-related issues that were not fully considered by the trial court or the Appellate Division on the merit.